UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA NELSON, | No. 1:16-cv-01754-LJO-SAB |
| Plaintiff, | |
| v. | ORDER RELATING AND REASSIGNING CASE |
| CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ROBERT CHAVEZ, and RAYMOND CAMACHO, | |
| Defendants. | |

Review of the above-captioned action reveals it is related under this court's Local Rule 123 to the following action pending before the undersigned: *Darren Noble v. City of Fresno et al.*, Case No. 1:16-cv-01690-DAD-BAM. These two actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. In addition, the currently assigned magistrate judge has not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. Good cause appearing, the court orders that the above-captioned action is reassigned to U.S. District Judge Dale A.

/////

1

Drozd and U.S. Magistrate Judge Barbara A. McAuliffe.  All documents filed in this action shall bear the new case number:

1:16-cv-01754-DAD-BAM

IT IS SO ORDERED.

Dated: __**November 21, 2016**__     _____/s/ Dale A. Drozd_____
                                     UNITED STATES DISTRICT JUDGE